**NOTE: CHANGES MADE BY COURT**

# JS-6

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL WALLACE,<br><br>                    Plaintiff,<br><br>          v.<br><br>TERMINIX INTERNATIONAL,<br>and DOES 1 through 50, inclusive,<br><br>                    Defendants. | Case No. 5:22-cv-00404-FWS-SP<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE [20]**<br><br>Action Filed:     December 17, 2021<br>Removed:          March 4, 2022 |

///

///

///

## **<u>ORDER</u>**

Having reviewed and considered the Parties' Stipulation to Dismiss Entire Action with Prejudice [20] (the "Stipulation"), entered into by and between Plaintiff TERRELL WALLACE and Defendant THE TERMINIX INTERNATIONAL COMPANY, LIMITED PARTNERSHIP (erroneously sued as "TERMINIX INTERNATIONAL") through their respective counsel of record, and good cause appearing, the court **GRANTS** the Stipulation and **ORDERS** the following:

The matter of *Terrell Wallace v. Terminix International, et al.,* United States District Court for the Central District of California, bearing Case No. 5:22-cv-00404-FWS-SP, is **DISMISSED WITH PREJUDICE** in its entirety.

DATED: April 7, 2023

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE